# INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | ) SS: | 49D01 16 08 CC 0 28 57 2 |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| ALERDING CASTOR HEWITT, LLP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PAUL FLETCHER and CAROLE WOCKNER, | ) |
| | ) |
| Defendants. | ) |

**FILED**

(169)  AUG 04 2016

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

## NOTICE IDENTIFYING COMMERCIAL COURT DOCKET CASE

The undersigned states that this case is a Commercial Court Docket Case eligible for assignment to the Commercial Court Docket pursuant to Rule 2 of the Interim Commercial Court Rules.

Pursuant to Rule 4 of the Interim Commercial Court Rules, the undersigned requests the Clerk of Court assign this case to the Commercial Court Docket.

Respectfully submitted,

Michael J. Alerding, Atty. No. 20002-49
Anthony F. Roach, Atty. No. 32127-49
*Attorneys for Plaintiff Alerding Castor Hewitt, LLP*

ALERDING CASTOR HEWITT, LLP
47 S. Pennsylvania St., Suite 700
Indianapolis, IN 46204
Phone: (317) 829-1910
Fax: (317) 423-2089
malerding@alerdingcastor.com
aroach@alerdingcastor.com

**EXHIBIT**

A

STATE OF INDIANA     )     IN THE MARION CIRCUIT/SUPERIOR COURT

49D01 1608 CC 028572

                 ) SS:

COUNTY OF MARION   )     CAUSE NO. _____

ALERDING CASTOR HEWITT, LLP,   )

                      )

        Plaintiff,         )

                      )

       vs.             )

                      )

PAUL FLETCHER and CAROLE WOCKNER,  )

                      )

       Defendants.       )

**FILED**

(169) AUG 04 2016

*Myla a. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

## VERIFIED COMPLAINT FOR BREACH OF CONTRACT, ACTION ON ACCOUNT AND ACCOUNT STATED, AND UNJUST ENRICHMENT

Plaintiff Alerding Castor Hewitt, LLP ("ACH"), by counsel, states the following as its VERIFIED COMPLAINT FOR BREACH OF CONTRACT, ACTION ON ACCOUNT AND ACCOUNT STATED, AND UNJUST ENRICHMENT against Defendants Paul Fletcher ("Fletcher") and Carole Wockner ("Wockner") (collectively "Defendants"):

### PARTIES AND JURISDICTION

1.    ACH is an Indiana limited liability partnership with its principal office at 47 S. Pennsylvania Street, Suite 700, Indianapolis, Indiana 46204.

2.    Fletcher is an adult California resident who, upon information and belief, resides at 1203 E. Cota Street, Santa Barbara, CA 93103.

3.    Wockner is an adult California resident who, upon information and belief, resides at 1203 E. Cota Street, Santa Barbara, CA 93103.

4.    Jurisdiction over the parties is proper pursuant to Rule 4(A) of the Indiana Rules of Trial Procedure; venue is proper in this Court pursuant to Rule 75(A) of the Indiana Rule of Trial Procedure.

## FACTUAL BACKGROUND

5.    On October 21, 2012, Defendants completed and submitted an Engagement Letter (the "Engagement Letter") to ACH. A true and accurate copy of the Engagement Letter is attached hereto as **Exhibit A** and is incorporated herein by reference.

6.    ACH agreed to provide legal services for Defendants.

7.    ACH provided Defendants with a variety of legal services at the request of Defendants.

8.    ACH has demanded payment for the legal services provided.

9.    Defendants have failed to remit payment for the legal services to ACH.

## COUNT I: BREACH OF CONTRACT

10.    ACH incorporates the preceding paragraphs as if fully set forth herein.

11.    The Engagement Letter is a valid and enforceable contract between ACH and Defendants.

12.    As a result of Defendants' failure to pay ACH, Defendants have breached their agreement with ACH.

13.    As a direct and proximate result of Defendants' breach of the Engagement Letter, ACH has been damaged.

14.    All conditions precedent to the prosecution of this action have occurred, have been performed, or have otherwise been excused.

15.    ACH declares the full amount payable for all legal services provided to be due.

16.    As of August 2, 2016, ACH is owed from Defendants at least the sum of One Hundred Fourteen Thousand One Hundred Sixty-Nine and 47/100 Dollars ($114,169.47) (the "Damages").

2

17.     The Damages are immediately due and payable, plus any and all costs and expenses incurred by ACH in enforcing the Engagement Letter.

18.     ACH has performed its obligations under the Engagement Letter, and Defendants' breach of the Engagement Letter has not been waived or excused by ACH. Therefore, ACH has the right to recover the Damages from Defendants.

19.     Because ACH's Damages are ascertainable in accordance with the fixed rules of evidence and known standards of value, and there has been an unreasonable delay in payment of ascertainable amounts, ACH is entitled to an award of prejudgment interest.

WHEREFORE, Plaintiff Alerding Castor Hewitt, LLP, requests that the Court enter judgment in its favor and against Defendants Paul Fletcher and Carole Wockner, in an amount to be proven at trial, plus an award of prejudgment interest, and all other just and proper relief.

## COUNT II: ACTION ON ACCOUNT AND ACCOUNT STATED

20.     ACH incorporates the preceding paragraphs as if fully set forth herein.

21.     On October 21, 2012, Defendants entered into an agreement with ACH for legal services, for which Defendants have failed to pay ACH.

22.     Defendants received the legal services from ACH beginning on or around October 21, 2012.

23.     There is currently due and owing ACH from Defendant at least the amount of the Damages. A copy of the statement issued to Defendants for the legal services (the "Statement") is attached hereto as **Exhibit B** and is incorporated herein by reference.

24.     ACH delivered the Statement to Defendants, and Defendants did not object to the Statement.

25. Despite ACH's delivery of the Statement and repeated demands for payment, Defendants have failed and refused to pay the outstanding balance owed to ACH.

26. Because ACH's Damages are ascertainable in accordance with the fixed rules of evidence and known standards of value, and there has been an unreasonable delay in payment of ascertainable amounts, ACH is entitled to an award of prejudgment interest.

WHEREFORE, Plaintiff Alerding Castor Hewitt, LLP, requests that the Court enter judgment in its favor and against Defendants Paul Fletcher and Carole Wockner, in an amount to be proven at trial, plus an award of prejudgment interest, and all other just and proper relief.

## COUNT III: UNJUST ENRICHMENT

27. ACH incorporates the preceding paragraphs as if fully set forth herein.

28. Defendants acknowledged, accepted, and benefitted from the legal services provided by ACH.

29. Retention of this benefit by Defendants without payment to ACH would be unjust.

30. Because ACH's Damages are ascertainable in accordance with the fixed rules of evidence and known standards of value, and there has been an unreasonable delay in payment of ascertainable amounts, ACH is entitled to an award of prejudgment interest.

WHEREFORE, Plaintiff Alerding Castor Hewitt, LLP, requests that the Court enter judgment in its favor and against Defendants Paul Fletcher and Carole Wockner, in an amount to be proven at trial, plus an award of prejudgment interest, and all other just and proper relief.

## VERIFICATION

I SWEAR OR AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING FACTUAL REPRESENTATIONS ARE TRUE AND ACCURATE.

Dated: 8|4|16

_____
Michael J. Alerding
Partner, Alerding Castor Hewitt, LLP


Respectfully submitted,

_____
Michael J. Alerding, Atty. No. 20002-49
Anthony F. Roach, Atty. No. 32127-49
*Attorneys for Plaintiff Alerding Castor Hewitt, LLP*

ALERDING CASTOR HEWITT, LLP
47 S. Pennsylvania St., Suite 700
Indianapolis, IN 46204
Phone: (317) 829-1910
Fax: (317) 423-2089
malerding@alerdingcastor.com
aroach@alerdingcastor.com



47 S. Pennsylvania Street, Suite 700
Indianapolis, IN 46204
Phone: 317-829-1910

843 N. State Road 135, Suite A
Greenwood, IN 46142
Phone: 317-881-3388

Email: info@alerdingcastor.com     Web: www.alerdingcastor.com

Michael J. Alerding
malerding@alerdingcastor.com
Direct: (317) 829-1913
Fax: (317) 423-2089

October 1, 2012

Carol Wockner and Paul Fletcher
1203 E. Cota Street
Santa Barbara, CA 93103

Re:    Engagement Letter

Dear Ms. Wockner and Mr. Fletcher:

I am pleased that you have contacted me regarding the opportunity for my firm to provide legal counsel for you and your business. The purpose of this letter is to confirm the terms of agreement with Alerding Castor Hewitt, LLP.

<u>Billing</u>. Our goal is to deliver to you quality legal services, on schedule, at a reasonable cost. I will be the attorney at this firm principally responsible for your counsel. The hourly rates for those responsible for working on this case are as follows:

| | |
|---|---|
| Michael J. Alerding | $350 |
| Scott A. Kreider | $275 |
| Stefan Kirk | $275 |
| Kevin Newbold (paralegal) | $135 |
| Chelsea Emerson (paralegal) | $135 |

From time to time, other attorneys of my firm may assist us. The rates for other attorneys in the firm range from $175 per hour to $350 per hour. The hourly rates are subject to review and may increase at any time.

<u>Statements</u>. I will send you a statement monthly. These billings will include reimbursable expenses, which may include filing fees, travel costs, delivery services, photocopy, telephone and fax charges, and research services. Payments on statements will be drawn against your retainer. Disbursements in excess of $300 may be forwarded to you for direct payment. Disbursement charges may not be current at the time of each billing and may be billed later. Please call me if you have any questions regarding the fees or any particular statement.

<u>Retainer</u>. Work will commence on this matter when a retainer in the amount of $50,000.00 is wired to our firm's trust account and we are in receipt of a signed copy of this

EXHIBIT A

engagement agreement. The retainer will be deposited in my firm's trust account and held on your behalf. Payments for services will be drawn from the retainer monthly. When the amount billed against the retainer reaches $30,000, you will wire an additional retainer of $25,000. This is not a cap on fees, only a retainer agreement. At the conclusion of our legal representation, any remaining retainer balance, after payment of any remaining fees or expenses, will be returned.

   Confidential Information. Be assured that our firm will protect the confidentiality and privileged status of information about you and your company and will not disclose it to anyone except as may be required by law consistent with our professional abilities.

   From the attorneys at Alerding Castor Hewitt LLP, we sincerely appreciate the opportunity to work with you. If the terms of this engagement letter are acceptable, please sign and date in the space provided below and return the fully signed letter to me via e-mail attachment (per .pdf scan), or by regular mail.

Very truly yours,

Michael J. Alerding

Agreed to and accepted this 21ˢᵗ day of _____Oct_____, 2012. cw.

Carol Wockner

Paul Fletcher

**Tabs3 Accounts Receivable by Invoice Report**
**Alerding Castor Hewitt, LLP**

Primary Timekeeper: 1 Michael J. Alerding
Thru 07/25/2016

| Date | Fees | Expenses | Advances | Fin Chg | Total | Fees | Expenses | Advances | Fin Chg | Total | Ref # | Stmt # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **BILLED** | | | | | | **DUE** | | | | |
| 12/14/2015 | 9,386.50 | 11.05 | 60.00 | | 9,457.55 | 4,957.55 | | | | 4,957.55 | 71 | 46051 |
| 01/25/2016 | 790.00 | | | | 790.00 | 790.00 | | | | 790.00 | 73 | 46482 |
| 03/23/2016 | 13,170.00 | 34.20 | 9.49 | | 13,213.69 | 13,170.00 | 34.20 | 9.49 | | 13,213.69 | 75 | 47303 |
| 04/01/2016 | 17,645.00 | 243.59 | 120.00 | | 18,008.59 | 17,645.00 | 243.59 | 120.00 | | 18,008.59 | 77 | 47324 |
| 06/03/2016 | 31,912.50 | 88.32 | | | 32,000.82 | 31,912.50 | 88.32 | | | 32,000.82 | 79 | 48154 |
| 07/06/2016 | 7,702.50 | 15.03 | 25.00 | | 7,742.53 | 7,702.50 | 15.03 | | | 7,717.53 | 80 | 48521 |
| 07/21/2016 | 36,935.00 | 546.29 | -25.00 | | 37,456.29 | 36,935.00 | 546.29 | | | 37,481.29 | 81 | 48730 |
| Subtotal | 117,541.50 | 938.48 | 169.49 | | 118,669.47 | 113,112.55 | 927.43 | 129.49 | | 114,169.47 | | |
| | | | | | | | | | Balance Due: | 114,169.47 | | |

Total for Primary Timekeeper 1

| | Fees | Expenses | Advances | Fin Chg | Total | Fees | Expenses | Advances | Fin Chg | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | 117,541.50 | 938.48 | 169.49 | | 118,669.47 | 113,112.55 | 927.43 | 129.49 | | 114,169.47 |
| | | | | | | | | | Balance Due: | 114,169.47 |

**EXHIBIT B**

# SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | ) SS: | 49D01 1 6 0 8 CC 0 2 8 57 2 |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

ALERDING CASTOR HEWITT, LLP,    )
                                 )

        Plaintiff,                 )
                                 )

        vs.                           )
                                 )

PAUL FLETCHER and CAROLE WOCKNER,  )
                                 )

        Defendants.               )

TO DEFENDANT:     **Paul Fletcher**
**1203 E. Cota Street**
**Santa Barbara, CA 93103**

     You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

     The nature of the suit against you is stated in the Complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

     An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if this Summons was received by mail) or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

     If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated_____    _____(Seal)
                                 Clerk        AUG 0 4 2016

The following manner of service of summons is hereby designated:

*Myla a. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

| | |
|---|---|
| __XXX__ | Registered or certified mail. |
| _____ | Service at place of employment, to-wit:_____ |
| _____ | Service on individual (VIA SHERIFF) at above address |
| _____ | Service on agent. (Specify)_____ |
| _____ | Other service. (Specify)_____ |

EXHIBIT

B

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above Summons and a copy of the Complaint attached thereto were received by me this ____ day of _____, 2016.

_____
Signature of Defendant

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this Summons on the _____ day of _____, 2016.

(1) By delivering a copy of the Summons and a copy of the Complaint to Defendant, _____.

(2) By leaving a copy of the Summons and a copy of the Complaint at _____ _____, which is the dwelling place or usual place of abode of _____ _____ and by mailing a copy of the Summons to Defendant at the above address.

(3) Other Service or Remarks: _____

_____

_____          _____
Sheriff's Costs                            Sheriff
                                           By:_____
                                              Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ____ day of _____, 2016, I mailed a copy of this Summons and a copy of the Complaint to Defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by Plaintiff.

_____
Clerk

Dated:_____          By:_____
                                              Deputy

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____ were accepted by Defendant on the ____ day of _____, 2016.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint were returned not accepted on the ____ day of _____, 2016.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____ were accepted by _____ on behalf of Defendant on the _____ day of _____, 2016.

_____
Clerk
By:_____
   Deputy

STATE OF INDIANA ) IN THE MARION CIRCUIT/ SUPERIOR COURT
) SS: CAUSE NO. 49D01-1608-CC-028572
COUNTY OF MARION )


ALERDING CASTOR HEWITT, LLP)
                          )
Plaintiff,                )
                          )
v.                        )
                          )
PAUL FLETCHER and         )
CAROLE WOCKNER            )
Defendants.               )

## NOTICE OF AUTOMATIC ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Indiana Trial Rule 6(B)(1) and Marion County Local Rule 49-TR5-203(D),

Defendants Paul Fletcher and Carole Wockner, hereby provide notice to the Court of its

automatic enlargement of time to respond to the Complaint filed by the Plaintiff. In support of

this Notice, FLETCHER and WOCKNER state:

1. Defendants FLETCHER and WOCKNER are legally married and residents of the State
   of California.

2. Plaintiff's Complaint was filed August 4, 2016.

3. Plaintiff's Complaint was mailed by USPS First Class mail on August 12, 2016, and
   delivered to FLETCHER'S AND WOCKNER'S residence sometime after August 14,
   2016.

4. FLETCHER'S and WOCKNER'S response to Plaintiff's Complaint is due no earlier than
   September 7, 2016, and the time for responding has not expired. This is FLETCHER'S
   and WOCKNER'S first request for an enlargement of time to respond to Plaintiff's

1


EXHIBIT
C

Complaint.

5. With this enlargement, FLETCHER'S AND WOCKNER'S response to Plaintiff's

Complaint will be due on or before October 7, 2016.

We affirm, under the penalty of perjury, that the foregoing statements are true.

Dated: September 7, 2016

Paul Fletcher
In Pro Per
1203 E Cota Street
Santa Barbara, California 93103
(805) 962-3929

Carole Wockner
In Pro Per
1203 E Cota Street
Santa Barbara, California 91303
(805) 456-9585

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document has been served this 7th day of September, 2016, by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to the following:

Michael Alerding
Alerding Castor Hewitt, LLP
47 S. Pennsylvania Street, Suite 700
Indianapolis, IN 46204

By: Kathleen Krueger
5840 N. Kenton Ave.
Chicago, IL 60646

3