STATE OF INDIANA )
                  )SS:
COUNTY OF LAKE    )

IN THE LAKE SUPERIOR COURT
ROOM NUMBER SEVEN
CROWN POINT, INDIANA

PAUL FLETCHER,                )
                             )
     Plaintiff,              )
                             )
vs.                          )   Cause No.
                             )   45D11-0902-PL-00024
NATIONAL FINANCIAL           )
SERVICES, LLC d/b/a          )
FIDELITY INVESTMENTS and     )
MARK ZUPAN,                   )
                             )
     Defendants.             )

        The deposition of MARK ZUPAN, taken at the
instance of the Plaintiff herein, pursuant to notice
and agreement as to time and place and pursuant to the
Statutes of the State of Indiana, before Tina M.
Heideman, a competent and duly qualified court
reporter, CSR, at 300 East 90th Drive, Merrillville,
Indiana, on February 16, 2012, commencing at the hour
of 10:02 o'clock in the morning.

SEIDEL & SASSE

COURT REPORTERS, INC.

150 W. Lincolnway, Suite 1005

Valparaiso, IN  46383

219.462.3436

1   Q.   Did he ask you to assist him with any other of his

2        personal affairs or needs at that time?

3   A.   Around that time, somewhere toward the end of July,

4        he requested -- he made mention that he wanted to

5        make changes to some of his accounts at Fidelity,

6        and he said he didn't have the contact information,

7        and would I contact Wayne Golomb to get the

8        information so that Fidelity could contact him.

9             I said, Sure.  This is my friend.  He's dying.

10       I'm doing anything he wants.  I contacted

11       Wayne Golomb.  Wayne gave me the contact

12       information for Fidelity.

13            I contacted Fidelity, told them that Scott had

14       moved, gave them his new address and new phone

15       number and told them that he is requesting that

16       they contact him.

17  Q.   Are you finished with your answer?

18  A.   Yes.

19  Q.   Okay.  I didn't want to interrupt you.  Do you

20       recall when Scott asked you to assist him with that

21       task, with getting in touch with Mr. Golomb to pass

22       on that information to Fidelity?

23  A.   Yes.

24  Q.   When was that?

25  A.   I believe it was specifically July 28th.

1          inside?

2     A.   Yes.

3     Q.   Other than being there to take the Jaguar, were you

4          there to take -- did you have intention to look for

5          or take anything else specific of Scott's while you

6          were there --

7     A.   Absolutely --

8     Q.   -- anything else you needed?

9     A.   Absolutely not.

10    Q.   You said you ended up taking a box of files or

11         papers?

12    A.   Yes.

13    Q.   At Mr. Raab's request?

14    A.   Yes.

15    Q.   What was in that box?

16    A.   It appeared to be insurance forms, bank statements,

17         general things that you get in the mail, and he

18         just kept them all in a drawer in his dresser.  We

19         poured the drawer into a garbage can and threw it

20         in the backseat of the car -- or garbage bag,

21         excuse me.

22    Q.   So it wasn't a box?

23    A.   Correct.

24    Q.   It was a bag?

25    A.   Correct.

| | | |
|---|---|---|
| 1 | Q. | Did you ever look through those papers? |
| 2 | A. | No. |
| 3 | Q. | What did you do with them? |
| 4 | A. | Left them in my basement when I got home. |
| 5 | Q. | Are they still there? |
| 6 | A. | No. |
| 7 | Q. | What did you do with them? |
| 8 | A. | Sent them to Lisa Reeves. |
| 9 | Q. | That's the box of materials you were referring to |
| 10 | | earlier? |
| 11 | A. | Correct. |
| 12 | Q. | Other than those materials that were in the garbage |
| 13 | | bag and the Jaguar, did you take anything else of |
| 14 | | Scott's when you left Crown Point that day? |
| 15 | A. | Not really.  There may have been a pair of Levis or |
| 16 | | a baseball cap. |
| 17 | Q. | Any photos, any -- |
| 18 | A. | I think there was a framed photo of his parents, a |
| 19 | | book, Jaguar book, about it. |
| 20 | Q. | No other personal items -- |
| 21 | A. | No. |
| 22 | Q. | -- that you took with you? |
| 23 | A. | No. |
| 24 | Q. | Were there other personal items there of Scott's |
| 25 | | that you could have taken? |