UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALERDING CASTOR HEWITT LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-02453-JPH-MJD |
| | ) | |
| PAUL FLETCHER, | ) | |
| CAROLE WOCKNER, | ) | |
| | ) | |
| Defendants. | ) | |

**VERDICT FORM—VERDICT FOR PLAINTIFF**

We, the Jury, unanimously find in favor of Plaintiff Alerding Castor Hewitt LLP and against Defendants Paul Fletcher and Carole Wockner on Alerding Castor Hewitt's breach-of-contract claim and award its actual damages in the sum of $ _67,423.24_.

_[signature redacted]_
Foreperson

Date: _9-15-21_