UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALERDING CASTOR HEWITT LLP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cv-02453-JPH-MJD ) |
| PAUL FLETCHER, CAROLE WOCKNER, | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff, Alerding Castor Hewitt LLP, and against Defendants, Paul Fletcher and Carole Wockner, in the amount of $67,423.24, with an additional award of $27,623.82 in prejudgment interest.

Date: 9/16/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk

By: *Pam Pope*
Deputy Clerk, U.S. District Court

Distribution:

PAUL FLETCHER
1203 E. Cota Street
Santa Barbara, CA 93103

CAROLE WOCKNER
1203 E. Cota Street
Santa Barbara, CA 93103

Michael J. Alerding
ALERDING CASTOR LLP
malerding@alerdingcastor.com

Michael E. Brown
KIGHTLINGER & GRAY, LLP (Indianapolis)
mbrown@k-glaw.com

Abraham Murphy
murphy@abrahammurphy.com