Case 1:16-cv-02453-JPH-MJD   Document 311   Filed 03/20/23   Page 1 of 2 PageID #: 4767

FILED
03/20/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Mark Schulman
336 Bon Air Center #239
Greenbrae, CA 94904
(415) 874-5683

U.S. District Court Southern District of Indiana (Indianapolis)

| | |
|---|---|
| ALERDING CASTOR HEWITT LLP, | Case No.: 1:16-cv-02453-JPH-MJD |
| Plaintiff, | ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT |
| vs. | |
| PAUL FLETCHER, CAROLE WOCKNER | |
| Defendants | |

COMES NOW Alerding Castor Hewitt LLP, judgment creditor in the within matter and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT judgment was entered in this action in favor of Alerding Castor Hewitt LLP and against Paul Fletcher and Carole Wockner on or about September 16, 2021.

2) THAT the judgment has not been renewed.

3) THAT the name and address of the judgment creditor is: Alerding Castor Hewitt LLP, 47 South Pennsylvania Street, Suite 700, Indianapolis, IN 46204.

4) THAT the names and last known address of the judgment debtors are: Paul Fletcher and Carole Wockner, 1203 E. Cota Street, Santa Barbara, CA 93103.

5) THAT I acknowledge that Alerding Castor Hewitt LLP has irrevocably assigned its right, title, and interest in the judgment, consisting of the unpaid amount of $95,047.06 plus costs and interest to: Mark Schulman, as trustee of the Mark Schulman 401(k) Profit Sharing Plan – Roth Account, 336 Bon Air Center, #239, Greenbrae, CA 94904.

6) THAT Alerding Castor Hewitt LLP hereby authorizes Assignee, <u>Mark Schulman, as trustee of the Mark Schulman 401(k) Profit Sharing Plan – Roth Account</u>, to recover, compromise, settle and enforce said judgment and Alerding Castor Hewitt LLP withdraws all right and claim to same.

Alerding Castor Hewitt LLP

Dated: 3·16·2023

By: David Castor
Its: Managing Partner

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF Indiana
COUNTY OF Marion
} S.S.

On 3.16.2023, before me, David Castor in the county of Marion, Notary Public, personally appeared who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

[Notary Seal: KATE STEWART, Marion County, NOTARY PUBLIC, Commission Number NP0746672, NOTARY SEAL, My Commission Expires FEB 10, 2031, STATE OF INDIANA]

"Acknowledgment of Assignment of Judgment" - 2