UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALERDING CASTOR HEWITT LLP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cv-02453-JPH-MJD ) |
| PAUL FLETCHER, CAROLE WOCKNER, | ) ) ) ) |
| Defendants. | ) |

**CLERK'S ENTRY**
for September 19, 2023

Pursuant to Southern District of Indiana Local Rule 79-1, counsel and parties are advised that exhibits[1] received in the trial of the above cause are now released and available for removal in the U.S. District Court Clerk's Office, 46 East Ohio Street, Room 105, Indianapolis, IN 46204, during normal business hours, Monday – Friday, 8:30 a.m. to 4:30 p.m.

If unclaimed, exhibits will be disposed of on 10/20/2023.

Roger A. G. Sharpe,
Clerk of Court

*Pam Pope*

By Pam Pope
Deputy Clerk

Distribution:

PAUL FLETCHER
1203 E. Cota Street
Santa Barbara, CA 93103

CAROLE WOCKNER
1203 E. Cota Street
Santa Barbara, CA 93103

All Electronically Registered Counsel

---

[1] One binder of Plaintiff's exhibits and one binder of Defendants' exhibits